IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| Builders Mutual Insurance Co., | ) | Case No.: 0:09-02980-JFA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| S&S Services of Rock Hill, Inc., and The Automobile Insurance Company of Hartford, Connecticut, | ) | |
| Defendants. | ) | |

The parties have notified the court that this action has been resolved and the parties want the action dismissed with prejudice [Doc. 45].

Accordingly, the court dismisses the action with prejudice.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 12, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge